# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 6D2024-1686
Lower Tribunal Nos. CT23-008455-WH, CT23-008452-WH, and MM23-9565-WH

———————————————————

ROBERT J. LANGS,

Appellant,
v.

STATE OF FLORIDA,

Appellee.

———————————————————

Appeal from the County Court for Polk County.
Kevin M. Kohl, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Megan Banfield, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED